IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JAMES CHADWICK MILLER, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>GLOBAL ASSET INVESTIGATION )<br>SERVICES, LLC, FIRST AMERICAN )<br>INVESTMENT CO., LLC, ACCOUNT )<br>MANAGEMENT SERVICES, LLC, )<br>)<br>DEFENDANTS. ) | CIVIL ACTION NO:<br>7:07-cv-0176-UWC |

## ORDER OF JUDGMENT

This matter came before the Court upon Plaintiff James Chadwick Miller and Defendants First American Investment Co., LLC and Account Management Services, LLC's Joint Stipulation for Dismissal. The Court, having considered the Joint Stipulation finds that it is due to be granted. Accordingly, it is

ORDERED, ADJUDGED, and DECREED that the Joint Stipulation for Dismissal is GRANTED, and that all counts and claims in the Complaint herein are DISMISSED WITH PREJUDICE, costs taxed as paid.

DONE this 7th day of February, 2008.

_____
U.W. Clemon
United States District Judge